UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:19-cv-63071-RAR

HOWARD COHAN,

    Plaintiff,

vs.

STEELBRIDGE LAS OLAS WEST, LLC
d/b/a SUNTRUST CENTER AT LAS OLAS SQUARE,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, STEELBRIDGE LAS OLAS WEST, LLC, d/b/a SUNTRUST CENTER AT LAS OLAS SQUARE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 16, 2020.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Todd R. Legon**
TODD R. LEGON
Florida Bar No. 814415
JEFFREY A. SUDDUTH
Florida Bar No. 0169950
LEGON FODIMAN, P.A.
Counsel for Defendant Steelbridge
Las Olas West, LLC
3225 Aviation Avenue, Suite 301
Miami, Florida 33133
Telephone: (305) 444-9991
Facsimile: (305) 444-9937
Primary e-mail: tlegon@lpflaw.com
Primary e-mail: jsudduth@lpflaw.com
Secondary e-mail: respinosa@lpflaw.com
Secondary e-mail: eservice@lpflaw.com
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**